UNITED STATES DISTRICT COURT 
NORTHERN DISTRICT OF NEW YORK 
________________________________________ 

PERRY VICKERS, 

 Plaintiff, 
v. 1:23-CV-00527 

COMMISSIONER OF SOCIAL 
SECURITY, 

 Defendant. 
________________________________________ 

BRENDA K. SANNES, 
Chief United Sates District Judge 

 DECISION and ORDER 
Before the Court is Plaintiff’s request for an award of attorney’s fees in the 
amount of $1,006.92 and costs in the amount of $402 incurred in this appeal of the 
Commissioner of Social Security’s denial of Plaintiff’s benefits. See dkt. # 12. Plaintiff 
contends he is entitled to attorney’s fees and costs pursuant to the Equal Access to 
Justice Act (“EAJA”), 28 U.S.C. § 2412. He contends that he was the prevailing party, 
that the government’s litigation position was not substantially justified, that his net 
assets are worth less than $2 million, and that the case has ended with a final order. 
The Commissioner has no objection to Plaintiff’s request for $1,006.92 in 
attorney fees under the EAJA. See dkt. # 13. The Commissioner also has no objection 
to Plaintiff’s request for $402.00 in costs. Id. The Commissioner indicates: 
Plaintiff has not submitted an assignment of fees or requested that any 
awarded EAJA fees be paid to his attorney. See Docket 12. EAJA fees are 
“payable to the litigant and [are] subject to a Government offset to satisfy a 
pre-existing debt that the litigant owes the United States.” Astrue v. Ratliff, 
560 U.S. 586, 589 (2010); see McAlpine v. Astrue, No. 5:10-0817, 2012 WL 
 5183630, at *2 (N.D.N.Y. Oct. 18, 2012) (EAJA fees are payable to the 
 litigant, not the attorney). If, at the time of the EAJA order, Plaintiff has 
 agreed to assign any fees to his attorney and does not owe a debt to the 
 government that is subject to offset, the Commissioner has no objection to 
 paying fees directly to counsel. 
Id. 
 Because Plaintiff has not submitted an assignment of fees or requested that any 
awarded EAJA fees be paid to his attorney, attorney's fees will be paid directly to 
Plaintiff subject to any government offset. 
 Conclusion 
 Having examined the parties’ filings including Plaintiff's counsel’s declaration in 
support of the application for attorney's fees, dkt. # 12-2, the Court finds that the fees 
sought are recoverable and reasonable. The Plaintiff's motion for attorney's fees and 
costs, dkt. # 12, is hereby GRANTED, as follows: 
 1. Attorney’s fees are awarded to Plaintiff in the amount of $1,006.92, 
 with these fees subject to a Government offset to satisfy any pre- 
 existing debt that the litigant might owe to the United States; 
 2. Costs are awarded to Plaintiff in the amount of $402. 
IT IS SO ORDERED. 
Dated: June 3, 2024 

 Brenda K. Sannes 
 Chief U.S. District Judge